UNITED STATES DISTRICT COURT

for

Eastern District of Missouri

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Docket No. 4:04CR00325 JCH |
| | ) | |
| TRACEY KOEWING | ) | |

## ORDER OF THE COURT

On December 10, 2004, the above-named defendant was sentenced to three years probation. She has complied with the rules and regulations of probation and is no longer in need of supervision. Therefore, it is ordered the defendant is discharged from probation and the proceedings in the case be terminated.

Dated this ____ day of __February__, 2006.

_____
The Honorable Jean C. Hamilton
United States District Judge